SUPREME COURT OF ARIZONA

| | |
|---|---|
| VINCE LEACH, an individual and qualified elector; SANDRA SEVERSON, an individual and qualified elector, VICKI BUCHDA, an individual and qualified elector, ARIZONANS FOR BETTER HEALTHCARE, a nonprofit corporation; ARIZONA MEDICAL ASSOCIATION, INC., a nonprofit corporation; HEALTH SYSTEM ALLIANCE OF ARIZONA, a nonprofit corporation; ARIZONA NURSES ASSOCIATION, a nonprofit corporation | Arizona Supreme Court No. CV-20-0233-AP/EL  Maricopa County Superior Court No. CV2020-007961 CV2020-009087 (Consolidated) |

Plaintiffs/Appellees,

**FILED 08/20/2020**

v.

KATIE HOBBS, Arizona Secretary of State and ARIZONANS FED UP WITH FAILING HEALTHCARE (HEALTHCARE RISING AZ), a political action committee,

Defendants/Appellants.

_____

ARIZONANS FED UP WITH FAILING HEALTHCARE (HEALTHCARE RISING AZ), a political action committee,

Plaintiff/Appellant,

v.

KATIE HOBBS, in her official Capacity as Arizona Secretary of State

Defendant/Appellant.

_____

## D E C I S I O N   O R D E R

The Court en banc has considered the briefs and authorities in this expedited election appeal concerning the "Stop Surprise Billing and Protect Patients Act" ballot initiative, I-24-2020. The trial

court enjoined the ballot measure finding that the measure lacked sufficient signatures to be placed on the general ballot. The trial court struck approximately 28,000 signatures when the circulators did not comply with subpoenas to appear for trial under A.R.S. § 19-118(C). The Court rejects proponent's claim that the statute does not apply to circulators who have filed papers with the Secretary of State to deregister as circulators and affirms the trial court ruling enjoining the initiative from the ballot.

This ruling being dispositive as to the issue of whether the initiative will appear on the ballot,

**IT IS ORDERED** affirming the trial court and enjoining the Stop Surprise Billing and Protect Patients Act from appearing on the general election ballot.

**IT IS FURTHER ORDERED** denying the challenger's request for attorneys' fees.

A written opinion will follow.

DATED this 20th day of August, 2020.

_____/S/_____
ROBERT BRUTINEL
Chief Justice

TO:
Brett William Johnson
Eric H Spencer
Colin P Ahler
Tracy Olson
Ian R Joyce
Kara Karlson
Dustin D Romney
Israel G Torres
James E Barton II
Jacqueline Soto
Hon. Pamela S Gates
Hon. Jeff Fine
Paul F Eckstein
Daniel C Barr
Austin Yost
Margo R. Casselman